IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| APARC SYSTEMS, INC., ) | |
| ) | Case No. 15-11111 (BLS) |
| Debtor. ) | |

**Objection Deadline: November 24, 2015 at 4:00 p.m.**
**Hearing Deadline: December 2, 2015 at 1:00 p.m.**

## APPLICATION OF CHAPTER 7 TRUSTEE TO RETAIN LAW OFFICE OF SUSAN E. KAUFMAN, LLC AS GENERAL COUNSEL *NUNC PRO TUNC* TO OCTOBER 12, 2015

Jeoffrey L. Burtch, the duly appointed Chapter 7 Trustee (the "Trustee") for the estate of the above-captioned debtor (the "Estate" of the "Debtor"), moves to retain Law Office of Susan E. Kaufman, LLC as general counsel *nunc pro tunc* to October 12, 2015 (the "Application"), and in support of this Application respectfully represents that:

### JURISDICTION

1. This Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

### BACKGROUND

2. On July 20, 2015 an Order was entered granting the retention of Cooch and Taylor, P.A. ("C&T") as general counsel for the Trustee, *nunc pro tunc* to May 21, 2015.

3. In September, 2015, the Trustee and C&T decided to sever their relationship. As a result of the termination of this relationship, the Trustee has decided to replace C&T with Kaufman.

4.      Susan E. Kaufman, Esq. was the lead attorney at C&T working on these cases and M. Claire McCudden, Esq. was also working on these cases.  As of September 25, 2015, Ms. Kaufman and Ms. McCudden are no longer associated with C&T and are now affiliated with the Law Office of Susan E. Kaufman, LLC ("Kaufman").

## RELIEF REQUESTED

8.      Because of Ms. Kaufman's familiarity with these cases, the Trustee seeks to retain Kaufman as replacement general counsel to represent him in these cases.  The normal hourly rates for professionals at Kaufman who will be utilized are set forth herein:

   a.     $370.00 to $475.00 for attorneys

   b.     $250.00 for paraprofessionals

Kaufman will seek compensation based upon its normal hourly rates. The hourly rates stated are Kaufman's standard hourly rates for work of this nature, and are subject to periodic adjustment.

9.      The hourly rates listed above reflect Kaufman's standard hourly rates for work of this nature.  These rates are set at a level designed to fairly compensate Kaufman for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses.  It is Kaufman's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case.  The expenses charged to clients include, among other things, telephone and telecopier toll and other charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying and imaging charges provided by Kaufman or outside copying services, travel expenses, expenses for "working meals," computerized research, and transcription costs.  Kaufman will charge the Trustee for these expenses in a manner and at rates consistent with charges made generally to Kaufman's other clients, and subject to any limitations imposed by the Local Rules and Orders of this Court.  Kaufman believes it is more appropriate to

charge these expenses to the clients incurring them than increase the hourly rates and spread the expenses among all clients.

10. To the best of the Trustee's knowledge, as stated in the Affidavit of Susan E. Kaufman, Esq., annexed hereto, Kaufman has no interest adverse to the Debtor or the Estate in any of the matters upon which it is to be engaged, and its employment will be in the best interest of the Estate.

WHEREFORE, the Trustee requests that the Court enter the attached form of order employing Kaufman as general counsel *nunc pro tunc* to October 12, 2015.

        LAW OFFICE OF SUSAN E. KAUFMAN, LLC

        */s/ Susan E. Kaufman*
        Susan E. Kaufman, (DSB#3381)
        919 North Market Street, Suite 460
        Wilmington, DE 19801
        (302) 472-7420
        (302) 792-7420 Fax
        skaufman@skaufmanlaw.com

        Proposed counsel to Jeoffrey L. Burtch, Chapter 7 Trustee

Dated: November 5, 2015