IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| APARC SYSTEMS, INC., ) | |
| ) | Case No. 15-11111 (BLS) |
| Debtor. ) | Ref. D.I. 30 |

## STATUS REPORT

In accordance with the Court's order requiring status report (D.I. 30), Jeoffrey L. Burtch, Chapter 7 Trustee, by and through the undersigned counsel, responds as follows:

1. The prepetition circumstances that occasioned the commencement of these proceedings.

Aparc Systems, Inc. ("Aparc") operated in the parking technology industry selling hardware and software to municipalities. In September 2014, Aparc's assets were foreclosed upon by an entity based in Vancouver, Canada and Aparc ceased doing business. Aparc's assets ultimately ended up in two US entities called Parktoria Technologies, LLC ("Parktoria") and Moana Parking Management, LLC ("Moana"), both of which subsequently ceased operations and filed Chapter 7 Bankruptcy Petitions in Delaware on April 17, 2015. Parktoria Technologies, Ltd., Parktoria and Moana's Canadian parent, ceased operations and filed a bankruptcy proceeding in Canada just before the filings in the US. After the September 2014 foreclosure, Parktoria and Moana worked to transition Aparc's contracts to Parktoria, which operated outside of Hawaii, and Moana, which operated in Hawaii. However, it appears that certain contracts may not have been transitioned to Parktoria and Moana, certain bank accounts remained titled in Aparc's name, and litigation was pending against Aparc by the City of Juneau, Alaska and others. Thus, a decision was made to put Aparc into bankruptcy and Aparc's petition was filed on May 20, 2015.

2. Whether any major sales of assets have occurred in the case.

Aparc's assets had been foreclosed upon prepetition, thus no sales have occurred.

3. The status of plan negotiations or preparations, and whether a plan has been confirmed.

N/A

4. Any major litigation pending or expected to be filed in the case.

None, at this time.

5. The status of analysis of Chapter 5 causes of action, including whether any suits have been brought.

No Chapter 5 causes of action were brought.

6. Every open adversary proceeding, and the current status of such proceeding.

None.

7. Counsel's expectation as to any future significant developments or events in the administration of the case.

Aparc is presently holding certain amounts from the turnover of bank accounts. The Trustee is in the processes of reviewing claims and other related issues involving this debtor, as well as the related debtors of Parktoria and Moana.

8. Any pending motions or other items awaiting disposition by the Court.

None.

Date:  November 26, 2018										LAW OFFICE OF SUSAN E. KAUFMAN, LLC

*/s/ Susan E. Kaufman*
Susan E. Kaufman, (DSB# 3381)
919 North Market Street, Suite 460
Wilmington, DE 19801
(302) 472-7420
(302) 792-7420 Fax
skaufman@skaufmanlaw.com

Counsel for Jeoffrey L. Burtch, Chapter 7 Trustee