APARC SYSTEMS, INC.
BK. NO. 15-11111 (BLS)
2002 SERVICE LIST

**VIA HAND DELIVERY**

L. John Bird, Esquire
Fox Rothschild LLP
919 North Market St., Suite 300
Citizens Bank Center
Wilmington, DE 19801

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

**VIA REGULAR MAIL**

Jane Mores, Esquire
City and Borough of Juneau
155 So. Seward St.
Juneau, AK 99801

American Land Company, Ltd.
828 Fort Street Mall, Ste. 310
Honolulu, HI 96813

Chris Bowra, CA CIRP
430 - 505 Burrard Street, Box 72
Vancouver, BC V7X 1M3 CANADA

City & County of Honolulu
Neal Blaisdell Center
777 Ward Avenue
Honolulu, HI 96814-2166

City and County of Honolulu
c/o Gregory W. Kugle, Esq.
1003 Bishop St., Ste. 1600
Honolulu, HI 96813

City of San Leandro
835 E. 14th Street
Attn: John O'Driscoll
San Leandro, CA 94577-3767

City of Sausalito
420 Litho Street
Attn: Jean Schurtz
Sausalito, CA 94965

David J. Minkin, Esq.
McCorriston Miller Mukai MacKinnon LLP
P.O. Box 2800
Honolulu, HI 96803-2800

Delaware Dept. of State
Division of Corporations - Franchise Tax
401 Federal Street
Dover, DE 19901

Delaware Div. of Revenue/Bky Service
Carvel State Office Building, 8th Fl.
Wilmington, DE 19801

Department of Labor
Division of Unemployment Insurance
P.O. Box 9953
Wilmington, DE 19809

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201

Internal Revenue Service
District Director
1352 Marrows Road
Newark, DE 19711-5475

Office of the Attorney General
Carvel State Office Building
820 N. French Street
Wilmington, DE 19801

APARC SYSTEMS, INC.
BK. NO. 15-11111 (BLS)
2002 SERVICE LIST

Real Property Services Corp.
1188 Bishop Street, Suite 804
Attn: Rich Blum
Honolulu, HI 96814

Robert P. Blasco, Esq.
Hoffman & Blasco, LLC
9360 Glacier Highway, Suite 202
Juneau, AK 99801

Salt Lake City Corporation
451 South State Street
Attn: Rich Graham
Salt Lake City, UT 84111

State of Delaware
Division of Revenue
820 N. French Street, 8th Floor
Wilmington, DE 19801-0820

State of Hawaii - DLNR
75 Aupuni Street, Ste. 204
Attn: Dean Takebayashi
Hilo, HI 96720

State of Hawaii - DLNR
P.O. Box 621
Attn: Curt Cottrell
Honolulu, HI 96809

Suraj & Sagar Holdings
852 Seymour Street
Vancouver, BC V6B 3L6 CANADA

The City and Borough of Juneau
c/o Hoffman & Blasco LLC
9360 Glacier Highway, Suite 202
Juneau, AK 99801

U.S. Attorney
Ellen Slights, Esquire
1007 Orange Street, Suite 700
PO Box 2046
Wilmington, DE 19899-2046

Xerox Corporation
1303 Ridgeview D rive
Lewisville, TX 75057

KF Downtown, LLC
c/o John Lyles-Property Mgr/Author. Agent
American Land Company
126 Queen Street
Honolulu, HI 96813